MILTON E. SMITH, an Infant, by CHARLES L. SMITH, His Guardian ad Litem, Appellant, *v.* ROCHESTER RAILWAY COMPANY, Respondent.

*Smith* v. *Rochester Railway Co.*, 133 App. Div. 847, reversed.
(Argued January 20, 1910; decided February 8, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 3, 1909, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*C. D. Kiehel* for appellant.

*W. A. Matson* for respondent.

Order of Appellate Division reversed and judgment of trial court affirmed, with costs in both courts, on dissenting opinion of KRUSE, J., below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.